Per Curiam.

(No. 75-CC-739—)

Proviso Association of Retarded Citizens, Inc., Claimant,
*vs.* State of Illinois, Department of Mental Health,
Respondent.

*Opinion filed April 9, 1975.*

PROVISO ASSOCIATION OF RETARDED CITIZENS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.